UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                             CHAPTER 13 PROCEEDINGS

**MICHAEL J POIRER, SR.**          CASE NUMBER: 05-24326
**JODY LYNN POIRER**              HON: DANIEL S OPPERMAN
                Debtor(s).
_____/

## STATEMENT REGARDING FUNDS TO BE DEPOSITED IN US REGISTRY

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $7.50 for deposits in the U. S. Registry as evidenced by the attached Check No. 270217 made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on April 30, 2011 on behalf of the following creditor:

     Bay Radiological Consultants      $7.50      disbursement of April 30, 2011

Date: August 17, 2010                          /s/ Thomas W McDonald
                                                  Thomas W McDonald, Jr.
                                                  Chapter 13 Trustee
                                                  3144 Davenport Ave
                                                  Saginaw Mi 48602
                                                  Telephone (989) 792-6766
                                                  ecf@mcdonald13.org